IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

Adam David Whittemore,

                Plaintiffs,

vs.

McCarthy Tire Service Company, Inc.,

                Defendants.

CASE NO.:   7:26-cv-00175-JDA

**DEFENDANT'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES**

Defendant, McCarthy Tire Service Company, Inc., by and through its undersigned attorneys, hereby answer Local Rule 26.01 Interrogatories in accordance with Local Rules of the United States District Court for the District of South Carolina.

A.    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

    **ANSWER:**    **None other than identified by Plaintiff.**

B.    As to each claim, state whether it should be tried jury or non-jury and why.

    **ANSWER:**    **The Defendant requests a jury trial. We believe there are issues of fact in this case that would be best addressed by a jury.**

C.    State whether the party submitted these responses is a publicly owned company and separately identify:  (1)  each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2)  each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3)  each publicly owned company in which the party owns ten percent or more of the outstanding shares.

    **ANSWER:**    **The Defendant is a privately owned company.**

D.     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).  *See* Local Civil Rule 3.01.

**ANSWER: This is the appropriate division for this suit.**

E.     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1)  a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3)  a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases:  arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:  No.**

F.     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Upon information and belief, the proper Defendant is McCarthy Tire Service Company of GA & SC, Inc., which has physical offices in South Carolina but was incorporated in Pennsylvania. Defense counsel has permission to accept service of an amended summons and pleading reflecting the correct identification.**

G.     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:   None.**

H.     In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor.  This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

2

**<u>ANSWER</u>: The Plaintiff is a resident of South Carolina, and the Defendant is incorporated in Pennsylvania.**

CLAWSON and STAUBES, LLC

*s/ Deidre W. Smallwood*

_____
Deidre W. Smallwood
Bar No.:  12108
1612 Marion Street, Suite 200
Columbia, South Carolina  29201-2939
Phone:    (800) 774-8242
Fax:        (843) 722-2867
Email:      DSmallwood@cslaw.com
Attorneys for Defendant