IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Adam D. Whittemore,<br><br>                    Plaintiff,<br><br>vs.<br><br>McCarthy Tire Service Company, Inc.,<br><br>                    Defendant. | CIVIL ACTION NO. 7:26-CV-00175-JDA<br><br>**RULE 26(F) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐     We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒     We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐     We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

WE CONSENT:

CLAWSON and STAUBES, LLC


s/Deidre W. Smallwood
Deidre W. Smallwood
District of S.C. Federal Bar No.: 12108
1612 Marion Street, Suite 200
Columbia, South Carolina  29201-2939
Phone:   (800) 774-8242
Fax:      (843) 722-2867
Email:    DSmallwood@cslaw.com
Attorney for McCarthy Tire Service Company, Inc.


MORGAN & MORGAN, P.A.


s/Cooper Klaasmyer
JAMES G. BIGGART, II, ESQ.
Federal ID:    14195
COOPER KLAASMEYER, ESQ.
Federal ID:    14272
4401 Belle Oakes Drive
North Charleston, SC 29405
Telephone: (843) 973-5186
Fax: (843) 947-6113
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
biggartlitigation@forthepeople.com
Attorneys for Plaintiff